IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| J. TODD CHRISTIAN, PATRICK GERWITZ, ) <br> TIMOTHY McCARTHY, JOHN BRIDGES, ) <br> And MIDLAND PAPER COMPANY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> VERITIV CORPORATION, ) <br> ) <br> Defendant. ) <br> ) <br> VERITIV CORPORATION and XPEDX, LLC, ) <br> ) <br> Counterclaim/Third Party ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> J. TODD CHRISTIAN, PATRICK GERWITZ, ) <br> TIMOTHY McCARTHY, JOHN BRIDGES, ) <br> CAROLYN HUNT, MICHAEL GRAVES, and ) <br> MIDLAND PAPER COMPANY, ) <br> ) <br> Counterclaim/Third Party ) <br> Defendants. ) <br> _____) | No. 3:14-cv-00858-DRH-SCW <br><br> Honorable David R. Herndon |

## ORDER

**HERNDON, U.S. District Judge**

Having been advised that the above action has been settled but that additional time is needed to consummate settlement, the Court **DIRECTS** the Clerk of the Court to enter judgment of dismissal with prejudice and without costs 60 days from the date of this Order. Should the parties fail to consummate settlement within 60

days, they may petition the Court to delay entry of judgment until a later date. In light of the settlement, the Court **DENIES** all motions pending in this case **as moot** and **VACATES** all court dates in this case.

**IT IS SO ORDERED.**

**DATED:** May 14, 2015

Digitally signed by David R. Herndon
Date: 2015.05.14 10:47:34 -05'00'

U.S. DISTRICT JUDGE
U.S. DISTRICT COURT