IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

J. TODD CHRISTIAN, PATRICK GERWITZ
TIMOTHY McCARTHY, JOHN BRIDGES, and
MIDLAND PAPER COMPANY,

Plaintiffs,

vs.

VERITIV CORPORATION,

Defendant,

vs.

VERITIV CORPORATION and XPEDX, LLC,

Counterclaim/Third Party
Plaintiffs,

vs.                                         Case No. 14-cv-858-DRH-SCW

J. TODD CHRISTIAN, PATRICK GERWITZ
TIMOTHY McCARTHY, JOHN BRIDGES,
CAROLYN HUNT, MICHAEL GRAVES, and
MIDLAND PAPER COMPANY

Counterclaim/Third Party
Defendants.

## ORDER

This cause comes before the Court pursuant to a Stipulation of Dismissal with prejudice (Doc. 65) filed by the parties under FEDERAL RULE OF CIVIL PROCEDURE 41(a). Accordingly, it is hereby **ORDERED** that this case is

**DISMISSED with prejudice** and **WITHOUT COSTS**. The Clerk of the Court is **DIRECTED** to enter judgment in this case accordingly.

    **IT IS SO ORDERED.**

Signed this 27th day of May, 2015.

Digitally signed by
David R. Herndon
Date: 2015.05.27
13:24:28 -05'00'

**United States District Judge**