UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

J. TODD CHRISTIAN et al,

    Plaintiffs,

v.

VERITIV CORPORATION,

    Defendant.                                                  No. 14-cv-858-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court on the Stipulation of Dismissal executed by plaintiffs and defendant.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 66), entered on May 27, 2015, this case is **DISMISSED** with prejudice and **WITHOUT COSTS**.

                JUSTINE FLANAGAN,
                ACTING CLERK OF COURT

                BY:     /s/*Caitlin Fischer*
                          Deputy Clerk

Dated:   May 27, 2015

Digitally signed by David R. Herndon
Date: 2015.05.27 14:47:35 -05'00'

APPROVED:
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT